9:30 A.M.
THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)

TUESDAY, NOVEMBER 12, 2024

Coram: RESTREPO, MONTGOMERY-REEVES and AMBRO, Circuit Judges

No. 24-1027

UNITED STATES OF AMERICA
v.
RODNEY ASHE,
Appellant

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| RAHUL K. SHARMA | NORMAN GROSS |
| (15 minutes per Court) | (15 minutes per Court) |

No. 24-1285

UNITED STATES OF AMERICA
v.
NICHOLAS LUCIDONIO,
Appellant

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| IAN M. COMISKY | GREGORY S. KNAPP |
| (15 minutes per Court) | (15 minutes per Court) |

PAGE TWO – CONTINUED                          TUESDAY, NOVEMBER 12, 2024

Coram: RESTREPO, MONTGOMERY-REEVES and AMBRO, Circuit Judges

No. 23-2539

JOHN MCCROREY,
Appellant
v.
CITY OF PHILADELPHIA

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| DAVID M. KOLLER | KELLY S. DIFFILY |
| (15 minutes per Court) | (15 minutes per Court) |

No. 23-2552

RANDY K. WASHINGTON,
Appellant
v.
CHARLES ELLIS, Warden; et al.

| Counsel for Appellant | Counsel for Appellees |
|---|---|
| YOLANDA J. BROMFIELD | MICHAEL A. AMANTIA |
| (15 minutes per Court) | (15 minutes per Court) |

PAGE THREE – CONTINUED                    TUESDAY, NOVEMBER 12, 2024

Coram: RESTREPO, MONTGOMERY-REEVES and AMBRO, Circuit Judges

S U B M I T T E D

No. 22-1386
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
DARRON THOMAS,
Appellant

———

No. 23-2773
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
RUFUS WILLIAMS,
Appellant

———

No. 23-3059
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
MALIK J. MOSS,
a/k/a Bleek,
Appellant

———

No. 24-1435
Pursuant to 3rd Cir. LAR 34.1(a)

KEITH CAULEY, M.D., Ph.D.,
Appellant
v.
GEISINGER CLINIC

<u>PAGE FOUR – CONTINUED</u>  <u>TUESDAY, NOVEMBER 12, 2024</u>

<u>Coram: RESTREPO, MONTGOMERY-REEVES and AMBRO, Circuit Judges</u>

<u>S U B M I T T E D</u>

<u>No. 24-1962</u>
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
JAMAR CLAYBORNE
WILLIAMS, SR.,
Appellant